

# US TJX EMPLOYEE SELF SERVICE

Navigator    Favorites                    Home  Logout  Preferences  Help (US/EU Only)

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip  [03-FEB-2017 - 991108840 - Check 1 ▼]   [Go]

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008 \| Loss Prevention Investigator \| Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| | | Organization | Marshalls Store 0851 |
| Employee Number | 991108840 | Pay Calculation Method | |
| Latest Hire Date | 11-Aug-1997 | Pay Basis | Hourly |
| Original Hire Date | 08-Mar-1995 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | 991108840 | Bargaining Unit | |
| Location | 1100851 Marshalls Store HOUSTON | Collective Agreement | |
| | | Contract | |
| Position | | Grade | LP \| 0046 |
| Payroll | Marshalls | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Employer BIN | 0 |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 03-Feb-2017 | 22-Jan-2017 | 28-Jan-2017 | 22.52 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,136.82 | 90.08 | 211.38 | 51.19 | 780.02 |
| YTD | 5,662.40 | 449.76 | 1,049.97 | 255.95 | 3,885.97 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 20.75 |

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| TJX Time Entry | | 39.99 | 900.59 | 187.97 | 4,233.17 |
| Premium OT Half | | 6.87 | 77.36 | 24.36 | 274.34 |
| OT Earnings | | 6.87 | 154.72 | 24.36 | 548.62 |
| Sick Pay | | | 0.00 | 9.00 | 202.68 |
| Holiday | | | 0.00 | 17.00 | 382.84 |

### Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| TJX Time Entry | 22.52 | 39.99 | 1 | 900.59 |
| OT Earnings | 22.52 | 6.87 | 1 | 154.72 |
| Premium OT Half | 22.52049 | 6.87 | 0.5 | 77.36 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 17.25 |
| Medical | 29.40 | 147.00 |
| A D and D | 0.53 | 2.65 |
| HC Spending | 19.23 | 96.15 |
| Opt Life | 2.49 | 12.45 |
| Vision | 1.00 | 5.00 |
| TJX 401K | 33.98 | 169.26 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 128.70 | 638.25 |
| Social Security | 67.01 | 333.68 |
| Medicare | 15.67 | 78.04 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 1.10 |
| 401K Loan | 14.76 | 73.80 |
| LTD | 3.13 | 15.65 |
| Dep Life Spouse | 1.17 | 5.85 |
| Voluntary Benefits | 31.91 | 159.55 |

### Accruals

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 12849647617 | Employee Bank | C | XXXXXXXXXX3548 | 780.02 |



# US TJX EMPLOYEE SELF SERVICE

Navigator   Favorites                    Home   Logout   Preferences   Help (US/EU Only)

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip  [10-FEB-2017 - 991108840 - Check 1 ▼]   [Go]

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008 \| Loss Prevention Investigator \| Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| Employee Number | 991108840 | Organization | Marshalls Store 0851 |
| Latest Hire Date | 11-Aug-1997 | Pay Calculation Method | |
| Original Hire Date | 08-Mar-1995 | Pay Basis | Hourly |
| Adjusted Service Date | | Frequency | Week |
| Assignment Number | 991108840 | Shift | |
| Location | 1100851 Marshalls Store HOUSTON | Bargaining Unit | |
| Position | | Collective Agreement | |
| Payroll | Marshalls | Contract | |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Grade | LP \| 0046 |
| | | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| | | Employer BIN | 0 |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 10-Feb-2017 | 29-Jan-2017 | 04-Feb-2017 | 22.52 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,192.47 | 91.75 | 229.12 | 36.43 | 831.02 |
| YTD | 6,854.87 | 541.51 | 1,279.09 | 292.38 | 4,716.99 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 24.90 |

| Description | Hours | Amount | | YTD |
|---|---|---|---|---|
| TJX Time Entry | 40.00 | 900.82 | 227.97 | 5,133.99 |
| Premium OT Half | 8.51 | 95.84 | 32.87 | 370.18 |
| OT Earnings | 8.51 | 191.66 | 32.87 | 740.28 |
| Sick Pay | | 0.00 | 9.00 | 202.68 |
| Holiday | | 0.00 | 17.00 | 382.84 |

### Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| TJX Time Entry | 22.52 | 40 | 1 | 900.82 |
| OT Earnings | 22.52 | 8.51 | 1 | 191.66 |
| Premium OT Half | 22.52072 | 8.51 | 0.5 | 95.84 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 20.70 |
| Medical | 29.40 | 176.40 |
| A D and D | 0.53 | 3.18 |
| HC Spending | 19.23 | 115.38 |
| Vision | 1.00 | 6.00 |
| Opt Life | 2.49 | 14.94 |
| TJX 401K | 35.65 | 204.91 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 142.20 | 780.45 |
| Social Security | 70.45 | 404.13 |
| Medicare | 16.47 | 94.51 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 1.32 |
| 401K Loan | 0.00 | 73.80 |
| Dep Life Spouse | 1.17 | 7.02 |
| LTD | 3.13 | 18.78 |
| Voluntary Benefits | 31.91 | 191.46 |

### Accruals

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 12896642761 | Employee Bank | C | XXXXXXXXXX3548 | 831.02 |



# US TJX EMPLOYEE SELF SERVICE

Navigator    Favorites         Home   Logout   Preferences   Help (US/EU Only)

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip  [17-FEB-2017 - 991108840 - Check 1]  Go

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008 \| Loss Prevention Investigator \| Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| | | Organization | Marshalls Store 0851 |
| Employee Number | 991108840 | Pay Calculation Method | |
| Latest Hire Date | 11-Aug-1997 | Pay Basis | Hourly |
| Original Hire Date | 08-Mar-1995 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | 991108840 | Bargaining Unit | |
| Location | 1100851 Marshalls Store HOUSTON | Collective Agreement | |
| | | Contract | |
| Position | | Grade | LP \| 0046 |
| Payroll | Marshalls | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Employer BIN | 0 |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 17-Feb-2017 | 05-Feb-2017 | 11-Feb-2017 | 22.52 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,017.55 | 86.50 | 173.63 | 36.43 | 716.84 |
| YTD | 7,872.42 | 628.01 | 1,452.72 | 328.81 | 5,433.83 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 29.05 |

| | | | | |
|---|---|---|---|---|
| TJX Time Entry | | | 0.00 | 227.97 | 5,133.99 |
| Premium OT Half | | | 0.00 | 32.87 | 370.18 |
| OT Earnings | | | 0.00 | 32.87 | 740.28 |
| Sick Pay | | | 0.00 | 9.00 | 202.68 |
| Vacation Pay | | 45.00 | 1,013.40 | 45.00 | 1,013.40 |
| Holiday | | | 0.00 | 17.00 | 382.84 |

### Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| Vacation Pay | 22.52 | 45 | 1 | 1,013.40 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 24.15 |
| Medical | 29.40 | 205.80 |
| A D and D | 0.53 | 3.71 |
| HC Spending | 19.23 | 134.61 |
| Opt Life | 2.49 | 17.43 |
| Vision | 1.00 | 7.00 |
| TJX 401K | 30.40 | 235.31 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 100.07 | 880.52 |
| Social Security | 59.61 | 463.74 |
| Medicare | 13.95 | 108.46 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 1.54 |
| 401K Loan | 0.00 | 73.80 |
| LTD | 3.13 | 21.91 |
| Dep Life Spouse | 1.17 | 8.19 |
| Voluntary Benefits | 31.91 | 223.37 |

### Accruals

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 12942677945 | Employee Bank | C | XXXXXXXXXX3548 | 716.84 |

### TP Pay Distribution



# US TJX EMPLOYEE SELF SERVICE

 Navigator   Favorites                    Home  Logout  Preferences  Help (US/EU Only)

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip: 24-FEB-2017 - 991108840 - Check 1    [Go]

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008 | Loss Prevention Investigator | Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| | | Organization | Marshalls Store 0851 |
| | | Pay Calculation Method | |
| Employee Number | 991108840 | Pay Basis | Hourly |
| Latest Hire Date | 11-Aug-1997 | Frequency | Week |
| Original Hire Date | 08-Mar-1995 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 991108840 | Collective Agreement | |
| Location | 1100851 Marshalls Store HOUSTON | Contract | |
| Position | | Grade | LP|0046 |
| Payroll | Marshalls | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Employer BIN | 0 |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 24-Feb-2017 | 12-Feb-2017 | 18-Feb-2017 | 22.52 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,170.95 | 91.10 | 222.26 | 36.43 | 817.01 |
| YTD | 9,043.37 | 719.11 | 1,674.98 | 365.24 | 6,250.84 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 33.20 |

| | | | | |
|---|---|---|---|---|
| TJX Time Entry | 39.99 | 900.59 | 267.96 | 6,034.58 |
| Premium OT Half | 7.88 | 88.74 | 40.75 | 458.92 |
| OT Earnings | 7.88 | 177.47 | 40.75 | 917.75 |
| Sick Pay | | 0.00 | 9.00 | 202.68 |
| Vacation Pay | | 0.00 | 45.00 | 1,013.40 |
| Holiday | | 0.00 | 17.00 | 382.84 |

### Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| OT Earnings | 22.52 | 7.88 | 1 | 177.47 |
| Premium OT Half | 22.52058 | 7.88 | 0.5 | 88.74 |
| TJX Time Entry | 22.52 | 39.99 | 1 | 900.59 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 27.60 |
| Medical | 29.40 | 235.20 |
| A D and D | 0.53 | 4.24 |
| HC Spending | 19.23 | 153.84 |
| Vision | 1.00 | 8.00 |
| Opt Life | 2.49 | 19.92 |
| TJX 401K | 35.00 | 270.31 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 136.98 | 1,017.50 |
| Social Security | 69.12 | 532.86 |
| Medicare | 16.16 | 124.62 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 1.76 |
| 401K Loan | 0.00 | 73.80 |
| LTD | 3.13 | 25.04 |
| Dep Life Spouse | 1.17 | 9.36 |
| Voluntary Benefits | 31.91 | 255.28 |

### Accruals

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 12988786512 | Employee Bank | C | XXXXXXXXX3548 | 817.01 |

mhtml:file://C:\Users\car00129\Desktop\payslip\Payslip_jsp feb 4.mht        3/21/2017



US TJX EMPLOYEE SELF SERVICE

Navigator    Favorites    Home  Logout  Preferences  Help (US/EU Only)

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip  [ 03-MAR-2017 - 991108840 - Check 1 ▼ ]   Go

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008 | Loss Prevention Investigator | Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| | | Organization | Marshalls Store 0851 |
| | | Pay Calculation Method | |
| Employee Number | 991108840 | Pay Basis | Hourly |
| Latest Hire Date | 11-Aug-1997 | Frequency | Week |
| Original Hire Date | 08-Mar-1995 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 991108840 | Collective Agreement | |
| Location | 1100851 Marshalls Store HOUSTON | Contract | |
| | | Grade | LP | 0046 |
| Position | | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Payroll | Marshalls | | |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Employer BIN | 0 |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 10-Mar-2017 | 26-Feb-2017 | 04-Mar-2017 | 22.52 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,084.69 | 88.52 | 194.75 | 36.43 | 760.84 |
| YTD | 11,311.30 | 899.10 | 2,095.92 | 438.10 | 7,836.68 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 41.50 |

| | | | | |
|---|---|---|---|---|
| TJX Time Entry | 40.00 | 900.82 | 347.97 | 7,836.45 |
| Premium OT Half | 5.32 | 59.91 | 54.30 | 611.52 |
| OT Earnings | 5.32 | 119.81 | 54.30 | 1,222.91 |
| Sick Pay | | 0.00 | 9.00 | 202.68 |
| Vacation Pay | | 0.00 | 45.00 | 1,013.40 |
| Holiday | | 0.00 | 17.00 | 382.84 |

### Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| TJX Time Entry | 22.52 | 40 | 1 | 900.82 |
| OT Earnings | 22.52 | 5.32 | 1 | 119.81 |
| Premium OT Half | 22.52052 | 5.32 | 0.5 | 59.91 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 34.50 |
| Medical | 29.40 | 294.00 |
| A D and D | 0.53 | 5.30 |
| HC Spending | 19.23 | 192.30 |
| Vision | 1.00 | 10.00 |
| Opt Life | 2.49 | 24.90 |
| TJX 401K | 32.42 | 338.10 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 116.06 | 1,273.52 |
| Social Security | 63.77 | 666.52 |
| Medicare | 14.92 | 155.88 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 2.20 |
| 401K Loan | 0.00 | 73.80 |
| Dep Life Spouse | 1.17 | 11.70 |
| LTD | 3.13 | 31.30 |
| Voluntary Benefits | 31.91 | 319.10 |

### Accruals

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 13081212367 | Employee Bank | C | XXXXXXXXX3548 | 760.84 |



## US TJX EMPLOYEE SELF SERVICE

Navigator | Favorites | Home | Logout | Preferences | Help (US/EU Only)

### Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip: 10-MAR-2017 - 991108840 - Check 1   [Go]

| | | | | |
|---|---|---|---|---|
| Employee | Carol D. Gomes-Keys | | Employer name | Marshalls Store 0851 |
| Job Title | 60008 | Loss Prevention Investigator | Marshalls Store 0851 | | Employer Phone Number | 713-649-2642 |
| | | | Organization | Marshalls Store 0851 |
| | | | Pay Calculation Method | |
| Employee Number | 991108840 | | Pay Basis | Hourly |
| Latest Hire Date | 11-Aug-1997 | | Frequency | Week |
| Original Hire Date | 08-Mar-1995 | | Shift | |
| Adjusted Service Date | | | Bargaining Unit | |
| Assignment Number | 991108840 | | Collective Agreement | |
| Location | 1100851 Marshalls Store HOUSTON | | Contract | |
| | | | Grade | LP|0046 |
| Position | | | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Payroll | Marshalls | | | |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | | Employer BIN | 0 |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 10-Mar-2017 | 26-Feb-2017 | 04-Mar-2017 | 22.52 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,084.69 | 88.52 | 194.75 | 36.43 | 760.84 |
| YTD | 11,311.30 | 899.10 | 2,095.92 | 438.10 | 7,836.68 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 41.50 |

| | | | | |
|---|---|---|---|---|
| TJX Time Entry | 40.00 | 900.82 | 347.97 | 7,836.45 |
| Premium OT Half | 5.32 | 59.91 | 54.30 | 611.52 |
| OT Earnings | 5.32 | 119.81 | 54.30 | 1,222.91 |
| Sick Pay | | 0.00 | 9.00 | 202.68 |
| Vacation Pay | | 0.00 | 45.00 | 1,013.40 |
| Holiday | | 0.00 | 17.00 | 382.84 |

## Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| TJX Time Entry | 22.52 | 40 | 1 | 900.82 |
| OT Earnings | 22.52 | 5.32 | 1 | 119.81 |
| Premium OT Half | 22.52052 | 5.32 | 0.5 | 59.91 |

## Pre-Tax Deductions

## Taxes

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Dental | 3.45 | 34.50 | Federal Tax | 116.06 | 1,273.52 |
| Medical | 29.40 | 294.00 | Social Security | 63.77 | 666.52 |
| A D and D | 0.53 | 5.30 | Medicare | 14.92 | 155.88 |
| HC Spending | 19.23 | 192.30 | | | |
| Vision | 1.00 | 10.00 | | | |
| Opt Life | 2.49 | 24.90 | | | |
| TJX 401K | 32.42 | 338.10 | | | |

## After-Tax Deductions

## Accruals

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 2.20 |
| 401K Loan | 0.00 | 73.80 |
| Dep Life Spouse | 1.17 | 11.70 |
| LTD | 3.13 | 31.30 |
| Voluntary Benefits | 31.91 | 319.10 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 13081212367 | Employee Bank | C | XXXXXXXXXX3548 | 760.84 |



US TJX EMPLOYEE SELF SERVICE

                                        Help
Navigator    Favorites      Home   Logout   Preferences   (US/EU Only)

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | mailto:carol_gomes-keys%40tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip  [17-MAR-2017 - 991108840 - Check 1 ▼]  [Go]

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008 | Loss Prevention Investigator | Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| | | Organization | Marshalls Store 0851 |
| | | Pay Calculation Method | |
| Employee Number | 991108840 | Pay Basis | Hourly |
| Latest Hire Date | 11-Aug-1997 | Frequency | Week |
| Original Hire Date | 08-Mar-1995 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 991108840 | Collective Agreement | |
| Location | 1100851 Marshalls Store HOUSTON | Contract | |
| Position | | Grade | LP | 0046 |
| Payroll | Marshalls | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Employer BIN | 0 |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 17-Mar-2017 | 05-Mar-2017 | 11-Mar-2017 | 22.52 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,017.55 | 86.50 | 173.62 | 36.43 | 716.85 |
| YTD | 12,328.85 | 985.60 | 2,269.54 | 474.53 | 8,553.53 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 45.65 |

| | | | | |
|---|---|---|---|---|
| TJX Time Entry Premium OT Hall | | | | 7,836.45 |
| OT Earnings | | 0.00 | 54.30 | 611.52 |
| Sick Pay | | 0.00 | 54.30 | 1,222.91 |
| Vacation Pay | 45.00 | 0.00 | 9.00 | 202.68 |
| Holiday | | 1,013.40 | 90.00 | 2,026.80 |
| | | 0.00 | 17.00 | 382.84 |

## Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| Vacation Pay | 22.52 | 45 | 1 | 1,013.40 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 37.95 |
| Medical | 29.40 | 323.40 |
| A D and D | 0.53 | 5.83 |
| HC Spending | 19.23 | 211.53 |
| Opt Life | 2.49 | 27.39 |
| Vision | 1.00 | 11.00 |
| TJX 401K | 30.40 | 368.50 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 100.07 | 1,373.59 |
| Social Security | 59.61 | 726.13 |
| Medicare | 13.94 | 169.82 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 2.42 |
| 401K Loan | 0.00 | 73.80 |
| Dep Life Spouse | 1.17 | 12.87 |
| LTD | 3.13 | 34.43 |
| Voluntary Benefits | 31.91 | 351.01 |

## Accruals

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 13127595739 | Employee Bank | C | XXXXXXXXXX3548 | 716.85 |

## TP Pay Distribution

mhtml:file://C:\Users\car00129\Desktop\payslip\Payslip_jsp march 3.mht     3/21/2017

tjx_prod. US TJX EMPLOYEE SELF SERVICE
Navigator  Favorites

HomeLogoutPreferencesHelp (US/EU Only)

# Payslip

| | | | |
|---|---|---|---|
| Employee Name | Gomes-Keys, Carol | Employee Number | 991108840 |
| Organization Email Address | carol_gomes-keys@tjx.com | Business Group | The TJX Companies - US |

Choose a Payslip [24-MAR-2017 - 991108840 - Check 1 ▼]  Go

| | | | |
|---|---|---|---|
| Employee | Carol D. Gomes-Keys | Employer name | Marshalls Store 0851 |
| Job Title | 60008\|Loss Prevention Investigator\|Marshalls Store 0851 | Employer Phone Number | 713-649-2642 |
| | | Organization | Marshalls Store 0851 |
| | | Pay Calculation Method | |
| Employee Number | 991108840 | Pay Basis | Hourly |
| Latest Hire Date | 11-Aug-1997 | Frequency | Week |
| Original Hire Date | 08-Mar-1995 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 991108840 | Collective Agreement | |
| Location | 1100851 Marshalls Store HOUSTON | Contract | |
| | | Grade | LP\|0046 |
| Position | | Employer Address | 590 Gulfgate Center Houston TX 77087 |
| Payroll | Marshalls | | |
| Employee Address | 71 Rodeo Dr Manvel TX 77578 | Employer BIN | 0 |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Week | 24-Mar-2017 | 12-Mar-2017 | 18-Mar-2017 | 22.52 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,174.34 | 91.21 | 223.34 | 36.43 | 819.21 |
| YTD | 13,503.19 | 1,076.81 | 2,492.88 | 510.96 | 9,372.74 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Life | | | | 4.15 | | 49.80 |
| TJX Time Entry | | | 40.01 | 901.05 | 387.98 | 8,737.50 |
| Premium OT Half | | | 6.30 | 70.95 | 60.60 | 682.47 |
| OT Earnings | | | 6.30 | 141.89 | 60.60 | 1,364.80 |
| Sick Pay | | | | 0.00 | 9.00 | 202.68 |
| Vacation Pay | | | | 0.00 | 90.00 | 2,026.80 |
| Holiday | | | | 0.00 | 17.00 | 382.84 |
| Retro Vacation Pay | | | | -112.60 | | -112.60 |

| | | | | |
|---|---|---|---|---|
| Retro Vacation Addl | | 168.90 | | 168.90 |

## Rate Details

| Description | Rate | Hours | Multiplier | Amount |
|---|---|---|---|---|
| TJX Time Entry | 22.52 | 40.01 | 1 | 901.05 |
| OT Earnings | 22.52 | 6.3 | 1 | 141.89 |
| Premium OT Half | 22.52084 | 6.3 | 0.5 | 70.95 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 3.45 | 41.40 |
| Medical | 29.40 | 352.80 |
| A D and D | 0.53 | 6.36 |
| HC Spending | 19.23 | 230.76 |
| Vision | 1.00 | 12.00 |
| Opt Life | 2.49 | 29.88 |
| TJX 401K | 35.11 | 403.61 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 137.80 | 1,511.39 |
| Social Security | 69.33 | 795.46 |
| Medicare | 16.21 | 186.03 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Life Child | 0.22 | 2.64 |
| 401K Loan | 0.00 | 73.80 |
| LTD | 3.13 | 37.56 |
| Dep Life Spouse | 1.17 | 14.04 |
| Voluntary Benefits | 31.91 | 382.92 |

## Accruals

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 2 | | 0.00 | 0.00 | 0 |
| Texas | No State Withholding Tax | 2 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 13173833074 | Employee Bank | C | XXXXXXXXXX3548 | 819.21 |

## TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

No results found.

HomeLogoutPreferencesHelp (US/EU Only)

**NON NEGOTIABLE**

110 0851 3355

AIN: 991108840

Pay: Eight Hundred Nineteen Dollars And 21 Cents

Carol D. Gomes-Keys
71 Rodeo Dr.
Manvel TX 77578

**NOT NEGOTIABLE**

TJX
THE TJX COMPANIES, INC.
FRAMINGHAM, MA 01701
T.J.maxx   Marshalls   HomeGoods

Advice #: 13173833074
Advice Date: 24-MAR-17

**Check Amount**
819.21

| BANK NAME | ACCOUNT TYPE | AMOUNT |
|---|---|---|
| Employee Bank | Checking Account | $819.21 |

THE PRE-AUTHORIZED DEPOSIT OF YOUR EARNINGS HAS BEEN CREDITED TO THE ACCOUNT NUMBER AND BANK SHOWN ON THIS STATEMENT
KEEP THIS STATEMENT AS YOUR PERSONAL RECORD OF CREDIT TO YOUR BANK ACCOUNT.

Marmaxx Operating Corp  590,Gulfgate Center  Houston, TX 77087 508-390-1000
Carol D. Gomes-Keys

| Div | Loc | Cost Center | Exemptions | | Pay Week Start | Pay Week End | Rate | Sequence |
|---|---|---|---|---|---|---|---|---|
| 110 | 0851 | 3355 | M/S | Fed | 12-MAR-17 | 18-MAR-17 | 22.52 | 13173833074 |
| AIN: 991108840 | | | S | 2 | | | | |

| Valid Thru | Div | Loc | Cost Center | | Earnings | | Reductions | | Deductions | | Tax | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-APR-17 | 110 | 0851 | 3355 | Code | Hours | Amount | Code | Amount | Code | Amount | Code | Amount |
| | | | PTO | Retro Vacation | | -112.60 | Medical | 29.40 | Voluntary Benefits | 31.91 | FIT | 137.8? |
| | | | Vacation Hrs 45 | Pay | | | HC Spending | 19.23 | LTD | 3.13 | SS | 69.3? |
| | | | Use By 10-AUG-17 | Retro Vacation | | 168.90 | Dental | 3.45 | Dep Life Spouse | 1.17 | Medicare | 16.2? |
| | | | Floating / Personal Hrs 18 | Addl | | | Opt Life | 2.49 | Dep Life Child | 0.22 | | |
| | | | | TJX Time Entry | 40.01 | 901.05 | Vision | 1.00 | | | | |
| | | | Use By 10-AUG-17 | OT Earnings | 6.30 | 141.89 | A D and D | 0.53 | | | | |
| | | | | Group Life | | 4.15 | TJX 401K | 35.11 | | | | |
| | | | Sick Hrs 231 | Premium OT Half | 6.30 | 70.95 | | | | | | |
| | | | QTD Flex Plus | Others: | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| | | | Avg. Hours 46.5 | Total: | | 1,174.34 | | 91.21 | | 36.43 | | 223.3? |
| | | | | YTD Balance: | | 13,503.19 | | 1,076.81 | | 510.96 | | 2,492.8? |
| | | | | Federal: | 1,511.39 | State: | 0.00 | City: | 0.00 | County: | 0.00 | Net Pay $ |
| | | | | Schl Dis: | 0.00 | Soc. Sec: | 795.46 | Medicare: | 186.03 | TDI: | 0.00 | 819.21 |
| | | | | Occupancy: | | | 0.00 | SUI: | 0.00 | EIC: | 0.00 | |

Rate Change Info:                                       YTD Federal Taxable: $  12,426.38



March 31st paycheck